IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CT-03333-M

| | |
|---|---|
| CHARLES HALLINAN, JOSEAN KINARD, GEORGE RIDDICK, JORGE L. MALDONADO, WILLIAM BROWN, TERRANCE FREEMAN, ANTHONY BUTLER, DARYL WILLIAMS, QUAMAIN JACKSON, AND LASALLE WALDRIP, on behalf of themselves and similarly situated individuals, <br><br>*Plaintiffs/Petitioners,* <br><br> v. <br><br> THOMAS SCARANTINO, Complex Warden, Federal Correctional Complex Butner; MICHAEL CARVAJAL, Federal Bureau of Prisons Director; and JEFFERY ALLEN, Federal Bureau of Prisons Medical Director, in their official capacities, and the FEDERAL BUREAU OF PRISONS, <br><br> *Defendants/Respondents.* | **PLAINTIFFS' MOTION TO CERTIFY CLASS UNDER RULE 23(b)(2)** |

Pursuant to Federal Rule of Civil Procedure 23(b)(2) and Local Rule 7.1, Plaintiffs hereby move this Court to:

1. Certify a class defined as "All persons currently or in the future incarcerated at FCC Butner while anyone on the premises is infected with COVID-19" (the "Class")

2. Certify a subclass defined as "All Class members who are medically vulnerable and at high risk of severe illness or death from COVID-19 due to disabilities protected under Section 504 of the Rehabilitation Act, including those with the following conditions: cancer; chronic kidney disease; chronic obstructive pulmonary disease ("COPD") or moderate to severe asthma; immunocompromised state from solid organ transplant, blood or bone marrow transplant, immune deficiencies, HIV, use of corticosteroids or other immune weakening medicines; serious heart conditions, such as heart failure, coronary artery disease, or cardiomyopathies; sickle cell

1

disease; diabetes; cerebrovascular disease; cystic fibrosis; hypertension; neurologic conditions such as dementia; liver disease; pulmonary fibrosis; and thalassemia" (the "Subclass")

3. Appoint Plaintiffs as class representatives for the Class

4. Appoint all Plaintiffs except Kinard and Jackson as class representatives for the Subclass

5. Appoint Plaintiffs' counsel of record as counsel for the Class and the Subclass.

In support of this motion, Plaintiffs submit the accompanying memorandum of law and supporting evidence. For the reasons set forth in Plaintiffs' memorandum, this Court should grant this motion.

Respectfully submitted this 9th day of November, 2020

/s/ Jeff Wilkerson
Jeff Wilkerson [N.C. State Bar No. 51209]
Gretchen Scavo [N.C. State Bar No. 48589]
Elizabeth Ireland [N.C. State Bar No. 47059]
Patrick Doerr [N.C. State Bar No. 50673]
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
jwilkerson@winston.com
gscavo@winston.com
eireland@winston.com
pdoerr@winston.com

Maria V. Morris
[N.Y. State Bar No. 4091435]
AMERICAN CIVIL LIBERTIES UNION
915 15th Street N.W., 7th Floor
Washington, DC 20005
Tel.: (202) 548-6607
mmorris@aclu.org

Sarah Hinger[†]
[N.Y. State Bar No. 4823878][†]
AMERICAN CIVIL LIBERTIES UNION
125 Broad St.
New York, NY 10004
Tel.: (212) 519-7882
shinger@aclu.org

Jonathan M. Smith [D.C. Bar No. 396578][†]
Jacqueline Kutnik-Bauder [Mo. Bar No. 45014][†]
Mirela Missova [D.C. Bar No. 1024571][†]
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS & URBAN AFFAIRS
700 14th Street NW, Suite 400
Washington, DC 20005
Tel: (202) 319-1000
Fax: (202) 319-1010
jonathan_smith@washlaw.org
jacqueline_kutnik-bauder@washlaw.org.

Emily E. Seawell [N.C. Bar No. 50207]
Jaclyn Maffetore [N.C. Bar No. 50849]
AMERICAN CIVIL LIBERTIES UNION
OF NORTH CAROLINA
LEGAL FOUNDATION
Post Office Box 28004
Raleigh, NC 27611
Tel.: (919) 834-3466
Fax: (866) 511-1344
eseawell@acluofnc.org
jmaffetore@acluofnc.org

[†] Special Appearance Forthcoming

*Counsel for Plaintiffs/Petitioners*