IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHARLES HALLINAN, JOSEAN KINARD, GEORGE RIDDICK, JORGE LUIS MALDONADO, WILLIAM BROWN, TERRANCE FREEMAN, ANTHONY BUTLER, DARYL WILLIAMS, QUAMAIN JACKSON, and LASALLE WALDRIP,

    Plaintiffs,

v.

WARDEN THOMAS SCARANTINO, MICHAEL CARVAJAL, JEFFREY ALLEN, and FEDERAL BUREAU OF PRISONS,

    Defendants.

**Judgment in a Civil Case**

Case Number 5:20-CT-3333-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is granted and this action is hereby dismissed without prejudice.

<u>This judgment filed and entered on March 29, 2022, with service on following via CM/ECF notice of electronic filing.</u>

Jacqueline Kutnik-Bauder
Washington Lawyers' Committee For Civil Rights
700 14th Street NW, Suite 400
Washington, DC 20005

Elizabeth Jeanne Ireland
Jeffrey S. Wilkerson
Gretchen Vetter Scavo
Patrick A. Doerr
Winston & Strawn LLP
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202-0178

Maria V. Morris
American Civil Liberties Union, National Prison Project
915 15th St. NW, 7th Floor
Washington, DC 20005

Emily Elizabeth Seawell
Jaclyn A. Maffetore
Kristi L. Graunke
ACLU of North Carolina Legal Foundation
P. O. Box 28004
Raleigh, NC 27611

Holly P. Pratesi
Lauren A. Golden
Michael D. Bredenberg
United States Attorney's Office
150 Fayetteville St, Suite 2100
Raleigh, NC 27601

March 29, 2022                              PETER A MOORE, JR., CLERK

                                        by     _/s/ M. Castania_____
                                                  Deputy Clerk